IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM COLBERT                                                          PETITIONER

v.                              Case No. 6:06-cv-6058

LARRY NORRIS, Director,                                                  RESPONDENT
Arkansas Department of Correction

## JUDGMENT

**BEFORE** the Court is the Petition for Writ of Habeas Corpus filed by Petitioner and the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the Court hereby adopts *in toto* the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus should be and hereby is dismissed. Further, the Court find that no evidentiary hearing is necessary. *See* Rule 8(a), Rules Governing Section 2254 Proceedings for the United States District Court. Finally, the Court finds that pursuant to *28 U.S.C. §1915(a)*, an appeal from this dismissal would not be taken in good faith.

**SIGNED** this 16th day of July, 2007.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 1 6 2007
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE